JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC MORQUECHO, | ) Case No. CV 09-8024-CJC (DTB) |
| Petitioner, | ) |
| | ) **JUDGMENT** |
| vs. | ) |
| LARRY SMALL, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that petitioner's request for an evidentiary hearing is denied and that the Petition is denied and this action is dismissed with prejudice.

Dated: February 10, 2011

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

1